Leticia AYAR–RAMIREZ, Petitioner,

v.

John ASHCROFT, Attorney General, Respondent.

No. 02–70778. Agency No. A75–246–450.

United States Court of Appeals, Ninth Circuit.

Submitted March 11, 2004.*

Decided March 15, 2004.

Frank P. Sprouls, Law Office of Ricci and Sprouls, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. LeFevre, Chief Legal Officer, Office of the District Coun-

---

* This panel unanimously finds this case suitable for decision without oral argument. See

Fed. R.App. P. 34(a)(2).

sel, Department of Homeland Security, San Francisco, CA, OIL, Margaret Perry, Shelley R. Goad, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before FERNANDEZ, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM**

Leticia Ayar–Ramirez petitions for review of the Board of Immigration Appeals' summary affirmance of the Immigration Judge's decision pursuant to the streamlining regulations at 8 C.F.R. § 3.1(a)(7). Ayar–Ramirez does not challenge the merits of the immigration judge's decision, but merely asserts the streamlining regulation contravenes the Attorney General's statutory authority and violates due process. Ayar–Ramirez' arguments are directly foreclosed by our decision in *Falcon Carriche v. Ashcroft,* 350 F.3d 845 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

